# Plaintiff's Answer to Defendant's Motion to Dismiss and For Summary Judgment

# EXHIBIT X

# Affidavit

(Correction of my Affidavit of 11/12/2004)

STATE OF MISSOURI
COUNTY OF BOONE

Mubarak A. Hamed, being duly sworn, deposed and says:

1. I have been an officer of Islamic American Relief Agency (IARA-USA) since 1991.

2. During my involvement with the organization, we have solely dedicated our efforts to provide humanitarian relief around the world.

3. I have no knowledge whatsoever, or any reason to believe, that any of the funds donated by the organization were used for any other purpose than to prove humanitarian relief.

4. Personally and on behalf of the organization, I strongly condemn any act of terrorism or any act to support terrorism.

5. Personally and on behalf of the organization, I vehemently deny any charge or allegation that IARA-USA engaged in any improper conduct or supported terrorism in any manner.

6. IARA-USA is a completely separate organization from any other entities. It is a self contained and independent legal entity.

7. IARA-USA is not a parent or any subsidiary of any other organization.

8. IARA-USA is a complete separate organization from the Islamic African Relief Agency based in Sudan.

Mubarak A. Hamed

State of Missouri
County of Boone (ss)
On this 13th day of November, 20 04,
before me the undersigned Notary Public, personally
appeared Mubark A. Hamed known to me to be the
person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged that he/she/they executed
the same for the purposes therein contained. In witness
whereof, I hereunto set my hand and official seal.

Notary Public

CAROLYN S. REDDING
NOTARY PUBLIC-NOTARY SEAL
STATE OF MISSOURI
CLARK COUNTY
MY COMMISSION EXP. JULY 22, 2007

# Affidavit

STATE OF MISSOURI
COUNTY OF BOONE

Mubarak A. Hamed, being duly sworn, deposed and says:

1. I have been a board member of Islamic American Relief Agency (IARA-USA) since 1995.

2. During my involvement with the organization, we have solely dedicated our efforts to provide humanitarian relief around the world.

3. I have no knowledge whatsoever, or any reason to believe, that any of the funds donated by the organization were used for any other purpose than to prove humanitarian relief.

4. Personally and on behalf of the organization, I strongly condemn any act of terrorism or any act to support terrorism.

5. Personally and on behalf of the organization, I vehemently deny any charge or allegation that IARA-USA engaged in any improper conduct or supported terrorism in any manner.

6. IARA-USA is a completely separate organization from any other entities. It is a self contained and independent legal entity.

7. IARA-USA is not a parent or any subsidiary of any other organization.

8. IARA-USA is a complete separate organization from the Islamic African Relief Agency based in Sudan.

Mubarak A. Hamed

Date: 11/12/2004

JUSTIN D. WAGNER
Cole County
My Commission Expires
November 30, 2007

# Affidavit

STATE OF MISSOURI
COUNTY OF BOONE

Mubarak A. Hamed, being duly sworn, deposed and says:

1. I have been a board member of Islamic American Relief Agency (IARA-USA) since 1995.

2. During my involvement with the organization, we have solely dedicated our efforts to provide humanitarian relief around the world.

3. I have no knowledge whatsoever, or any reason to believe, that any of the funds donated by the organization were used for any other purpose than to prove humanitarian relief.

4. Personally and on behalf of the organization, I strongly condemn any act of terrorism or any act to support terrorism.

5. Personally and on behalf of the organization, I vehemently deny any charge or allegation that IARA-USA engaged in any improper conduct or supported terrorism in any manner.

6. IARA-USA is a completely separate organization from any other entities. It is a self contained and independent legal entity.

7. IARA-USA is not a parent or any subsidiary of any other organization.

8. IARA-USA is a complete separate organization from the Islamic African Relief Agency based in Sudan.

Mubarak A. Hamed

Date: 11/12/2004

JUSTIN D. WAGNER
Cole County
My Commission Expires
November 30, 2007

## AFFIDAVIT

STATE OF _MICHIGAN_     )
                        )SS.
COUNTY OF _OAKLAND_     )

Abdlouhaymen Drak Alsibai, being duly sworn, deposes and says:

1.  I have been the President of the Board of Directors for Islamic American Relief Agency (IARA-USA) since the end of 2002.

2.  During my involvement with the organization, we have solely dedicated our efforts to providing humanitarian relief around the world.

3.  I have no knowledge whatsoever, or any reason to believe, that any of the funds donated by the organization were used for any other purpose than to provide humanitarian relief.

4.  Personally and on behalf of the organization, I strongly condemn any act of terrorism or any act to support terrorism.

5.  Personally and on behalf of the organization, I vehemently deny any charge or allegation that IARA-USA engaged in any improper conduct or supported terrorism in any manner.

6.  It is my understanding that Ahmed (aka Ahmad) O. Makki passed away in 2002 in Illinois.

_____
Abdlouhaymen Drak Alsibai

Subscribed and sworn to before me
this __11th__ day of November, 2004

_____
Notary Public
_____County, _____
My commission expires: _____

ELIZABETH A. EDWARDS
Notary Public, State of Michigan, County of Oakland
My Commission Expires October 29, 2005
Acting in the County of Oakland

ELIZABETH A. EDWARDS
Notary Public, State of Michigan, County of Oakland
My Commission Expires October 29, 2005
Acting in the County of Oakland

CERTIFICATION OF VITAL RECORD

# STATE OF ILLINOIS

### DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS

| | | | |
|---|---|---|---|
| 1. REGISTRATION DISTRICT NO. **16.10** | STATE OF ILLINOIS | STATE FILE NUMBER | |
| REGISTERED NUMBER | **MEDICAL CERTIFICATE OF DEATH** | **614665** | |

**STATE OF ILLINOIS — MEDICAL CERTIFICATE OF DEATH**

- DECEASED—NAME: FIRST **AHMED** MIDDLE LAST **MAKKI** — SEX: 2 **MALE** — DATE OF DEATH (MONTH DAY YEAR): 3 **SEPTEMBER 26, 2002**
- 4. COUNTY OF DEATH: **COOK** — AGE—LAST BIRTHDAY (YRS) 5a: **54 55** — UNDER 1 YEAR MOS. DAYS 5b — UNDER 1 DAY HOURS MIN 5c — DATE OF BIRTH (MONTH DAY YEAR) 5d: **January 1, 1947**
- 6a. CITY, TOWN, TWP. OR ROAD DISTRICT NUMBER: **CHICAGO** — 6b. HOSPITAL OR OTHER INSTITUTION—NAME (IF NOT IN EITHER GIVE STREET AND NUMBER): **UNIVERSITY OF CHICAGO HOSPITALS** — 6c. IF HOSP. OR INST. INDICATE D.O.A. OR EMERG. RM INPATIENT (SPECIFY): **INPATIENT**
- 7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): **Sudan** — 8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): **Married** — 8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME IF WIFE): **Laila El-Amin** — 9. WAS DECEASED EVER IN U.S. ARMED FORCES? (YES NO): **NO**
- 10. SOCIAL SECURITY NUMBER: ~~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~~ **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** — 11a. USUAL OCCUPATION: ~~Ambassador~~ **Minister of Religion** — 11b. KIND OF BUSINESS OR INDUSTRY: **Self Employed** ~~Sudan~~ — 12. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) Elementary Secondary (0-12) — College (1-4 or 5+): **4**
- 13a. RESIDENCE (STREET AND NUMBER): **8648 S. 86th Ave. Apt. 3201** ~~18546 S. 87th Ave. Apt 202~~ — 13b. CITY, TOWN, TWP. OR ROAD DISTRICT NO: **Justice** — 13c. INSIDE CITY (YES NO): **Yes** — 13d. COUNTY: **Cook**
- 13e. STATE: **Illinois** — 13f. ZIP CODE: **60453** — 14a. RACE (WHITE, BLACK, AMERICAN INDIAN etc (SPECIFY)): **White** — 14b. OF HISPANIC ORIGIN? SPECIFY NO OR YES—IF YES, SPECIFY CUBAN MEXICAN PUERTO RICAN, etc: X **NO** YES SPECIFY:
- 15. FATHER—NAME: FIRST **Osman** MIDDLE LAST **Makki** — 16. MOTHER—NAME: FIRST **Saydah** MIDDLE **Makki** (MAIDEN) LAST
- 17a. INFORMANT'S NAME (TYPE OR PRINT): **DEBORAH GARDNER** — 17b. RELATIONSHIP: **HOSPITAL RECORDS** — 17c. MAILING ADDRESS (STREET AND NO OR R F D CITY OR TOWN, STATE ZIP): **5841 SOUTH MARYLAND CHICAGO, ILLINOIS 60637**

**18 PART I.** Enter the diseases, or complications that caused the death. Do not enter the mode of dying such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | (a) **HYPOTENSION** DUE TO, OR AS A CONSEQUENCE OF | |
| CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST. | (b) **CARDIAC ARRHYTHMIA** DUE TO, OR AS A CONSEQUENCE OF | |
| | (c) | |

PART II. 6. Significant conditions contributing to death but not resulting in the underlying cause given in PART I.

- 19a. AUTOPSY (YES NO): **NO** — 19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH (YES NO):
- 20a. DATE OF OPERATION, IF ANY — 20b. MAJOR FINDINGS OF OPERATION — 20c. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS? YES ☐ NO ☐
- 21a. I (DID) (DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR) — 21b. WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES NO): **NO** — 21c. HOUR OF DEATH: **5:25P** M.
- 22a. TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED. SIGNATURE ▶ **Mkatdare MD** — 22b. DATE SIGNED (MONTH, DAY, YEAR): **SEPTEMBER 26, 2002**
- 22c. NAME AND ADDRESS OF CERTIFIER (TYPE OR PRINT): **MUKTA KATDARE, MD** — **5841 SOUTH MARYLAND CHICAGO, ILLINOIS 60637** — 22d. ILLINOIS LICENSE NUMBER: **125-044521**
- 23. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT): **FABRIZIO MICHELASSI, MD** — NOTE: IF AN INJURY WAS INVOLVED IN THIS DEATH THE CORONER OR MEDICAL EXAMINER MUST BE NOTIFIED.
- 24a. BURIAL, CREMATION, REMOVAL (SPECIFY): **BURIAL** — 24b. CEMETERY OR CREMATORY—NAME: **KHARTOUN, SUDAN** — 24c. LOCATION CITY OR TOWN STATE: **KHARTOUN, SUDAN** — 24d. DATE (MONTH, DAY, YEAR): **Sept. 30, 2002**
- 25a. FUNERAL HOME NAME STREET AND NUMBER OR R F D CITY OR TOWN STATE ZIP: **Hann funeral Home 8230 S. Harlem Bridgeview, Illinois 60455**
- 25b. FUNERAL DIRECTOR'S SIGNATURE ▶ — 25c. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: **034-015038**
- 26a. LOCAL REGISTRAR'S SIGNATURE ▶ **John L. Wilhelm, M.D.** — 26b. DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR): **SEP 27 2002** J.H

*Amended: 4/7/03 rlb*

**096565**

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED

April 7, 2003



Eric E. Whitaker, M.D.
State Registrar

<u>AFFIDAVIT</u>

STATE OF MICHIGAN)
                          )SS.
COUNTY OF OAKLAND)

Mohammed Ahmed-Ibra Elbeshir, being duly sworn, deposes and says:

1.   I have been a board member of Islamic American Relief Agency (IARA-USA) from 1985 through 1989 and again in December of 2002, and the Secretary of IARA-USA since September, 2004.

2.   IARA-USA has its own independent Board, Officers and Directors and employees, and is not a parent of or a subsidiary to any other organization.

3.   During my involvement with the organization, we have solely dedicated our efforts to providing humanitarian relief around the world.

4.   I have no knowledge whatsoever, or any reason to believe, that any of the funds donated by the organization were used for any other purpose than to provide humanitarian relief.

5.   Personally and on behalf of the organization, I strongly condemn any act of terrorism or any act to support terrorism.

6.   Personally and on behalf of the organization, I vehemently deny any charge or allegation that IARA-USA engaged in any improper conduct or supported terrorism in any manner.

_____
Mohammed Ahmed-Ibra Elbeshir

Subscribed and sworn to before me this __11th__ day of November, 2004

_____
Notary Public
_____County, _____
My commission expires: _____

ELIZABETH A. EDWARDS
Notary Public, State of Michigan, County of Oakland
My Commission Expires October 29, 2005
Acting in the County of Oakland

## Affidavit

STATE OF MISSOURI

COUNTY OF BOONE

Ali M. Bagegni, being duly sworn, deposed and says:

1. I have been a board member of Islamic American Relief Agency (IARA-USA) since 1995.

2. During my involvement with the organization, we have solely dedicated our efforts to provide humanitarian relief around the world.

3. I have no knowledge whatsoever, or any reason to believe, that any of the funds donated by the organization were used for any other purpose than to prove humanitarian relief.

4. Personally and on behalf of the organization, I strongly condemn any act of terrorism or any act to support terrorism.

5. Personally and on behalf of the organization, I vehemently deny any charge or allegation that IARA-USA engaged in any improper conduct or supported terrorism in any manner.

6. IARA-USA is a completely separate organization from any others.

7. IARA-USA is not a parent or any subsidiary of any other organization.

8. IARA-USA is a complete separate organization from the Islamic African Relief Agency based in Sudan.

_Ali M. Bagegni_

Ali M. Bagegni

Subscribed and sworn to before me by Ali M. Bagegni who swears and affirms that he signed of his own free will.

_Deborah Harmon_
Deborah Harmon, Notary Public

My commission expires July 28, 2007

DEBORAH HARMON
Notary Public - Notary Seal
STATE OF MISSOURI
County of Boone
My Commission Expires July 28, 2007